# UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

**Asia Phillips,**
Plaintiff,

USDC- BALTIMORE
'26 FEB 3 PM12:42

v.

**FLEXTG, LLC,**
Defendant.

HD

Rcv'd by:_____

Civil Action No. ABA 2 6 CV 4 3 6   1

## COMPLAINT

### I. PARTIES

1. Plaintiff is an individual residing in the State of Maryland.

2. Defendant FLEXTG, LLC ("Defendant" or "FlexTG") is a limited liability company organized under the laws of Arizona and doing business in Maryland.

### II. JURISDICTION AND VENUE

3. This action arises under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

5. Venue is proper in this District under 28 U.S.C. § 1391 because the events giving rise to this action occurred in Maryland.

### III. FACTUAL ALLEGATIONS

6. Plaintiff was employed by Defendant.

7. During the course of her employment, Plaintiff informed Defendant that she experienced anxiety, a condition constituting a disability under the ADA.

8. Defendant was therefore on notice of Plaintiff's disability.

9. After Plaintiff's disclosure, Defendant failed to engage in any interactive process to assess Plaintiff's limitations or to explore reasonable accommodations.

10. Despite knowledge of Plaintiff's disability, Defendant continued to enforce workplace requirements without consideration of Plaintiff's disclosed condition.

11. Defendant's actions and inactions made Plaintiff's working conditions intolerable.

12. As a result, Plaintiff was constructively discharged from her employment.

## IV. CLAIMS FOR RELIEF

### COUNT I – Failure to Engage in the Interactive Process (ADA)

13. Plaintiff incorporates by reference paragraphs 1 through 12.

14. Plaintiff is a qualified individual with a disability within the meaning of the ADA.

15. Defendant had notice of Plaintiff's disability and failed to engage in the interactive process required by the ADA.

16. Defendant's conduct violated 42 U.S.C. § 12112.

### COUNT II – Disability Discrimination / Constructive Discharge (ADA)

17. Plaintiff incorporates by reference paragraphs 1 through 16.

18. Defendant discriminated against Plaintiff on the basis of disability by subjecting her to working conditions that were intolerable in light of her disclosed disability.

19. Defendant's actions resulted in Plaintiff's constructive discharge, in violation of the ADA.

## V. DAMAGES

20. As a result of Defendant's unlawful conduct, Plaintiff suffered damages, including but not limited to lost wages, emotional distress, and other compensatory damages.

21. Plaintiff is entitled to recover costs and attorneys' fees pursuant to 42 U.S.C. § 12205.

## VI. RELIEF REQUESTED

a. Enter judgment in favor of Plaintiff and against Defendant;

b. Award compensatory damages as permitted by law;

c. Award costs and attorneys' fees;

d. Grant such other relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Asia Phillips
Plaintiff, Pro Se
Maryland
Date: 2/3/2026